## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## VICINAGE OF NEWARK

**SCHENCK, PRICE, SMITH & KING, LLP**
10 Washington Street, P.O. Box 905
Morristown, New Jersey 07963-0905
(973) 539-1000
Attorneys for Defendants County of Union
Union County Jail and Union County
Police Department

|  |  |
|---|---|
| VERNITA DAVIS, individually and as Administratrix of the Estate of Donald Davis, Deceased and as Administratrix Ad Prosequendum for the ESTATE OF DONALD DAVIS, | HONORABLE CLAIRE C. CECCHI, ~~USDJ~~ USMJ <br><br> Civil Action No. 06-03380 (JLL) |
| Plaintiff, <br> v. | |
| COUNTY OF UNION, UNION COUNTY JAIL, UNION COUNTY POLICE DEPARTMENT, CORRECTIONAL HEALTH SERVICES, INC., XYZ ENTITIES AND CORPORATION (1-10) and JOHN DOE (1-100), | **CONSENT ORDER** |
| Defendants. | |

This matter having come before the Court at the initiation of Eric A. Inglis of Schenck, Price, Smith & King, LLP, and counsel for both plaintiff and defendants having requested an Order granting leave to take the deposition of New Jersey State prisoner Steven Villanti, who is presently incarcerated in Northern State Prison in Newark, New Jersey, and for good cause shown;

IT IS ON THIS 26th day of September 2007,

ORDERED that counsel for defendants and plaintiff shall be permitted to take the deposition of prisoner Steven Villanti with the services of Doerner and Goldberg Court Reporting Agency; and

IT IS FURTHER ORDERED that the deposition be taken at a time agreed upon by the parties at Northern State Prison in Newark, New Jersey; and

IT IS FURTHER ORDERED that Steven Villanti be provided with at least two days notice prior to the date of his deposition; and

IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel ~~immediately~~ within 7 days of the date of this Order.

s/Claire C. Cecchi

_____
CLAIRE C. CECCHI
United States Magistrate Judge

Dated: September 26, 2007

00922702