# SCHENCK, PRICE, SMITH & KING, LLP
## ATTORNEYS AT LAW

PARAMUS OFFICE
COUNTRY CLUB PLAZA
WEST 115 CENTURY ROAD
PARAMUS, NJ 07652
TELEPHONE: (201) 262-1600

NEW YORK OFFICE
305 BROADWAY, SUITE 900
NEW YORK, NY 10007
TELEPHONE: (212) 822-1494

10 Washington Street
P.O. Box 905
Morristown, NJ 07963-0905

Telephone: (973) 539-1000
Telecopier: (973) 540-7300
www.spsk.com

~ Founded 1912 ~

JAMES R. GREENE
CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

DIRECT LINE: (973) 540-7303
EMAIL: JRG@SPSK.COM

October 7, 2008

**E-FILED**
Clerk
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

        Re: **Davis v. County of Union, et al.**
             **Civil Action No. 06-03380-JLL-CCC**
             **CM/ECF CORRECTION TO BE MADE**

Dear Sir/Madam:

    I am a Partner in the firm of Schenck Price Smith & King, attorneys of record for Defendants County of Union, Union County Jail and Union County Police Department in the above matter. Yesterday, I e-filed a motion (document no. 39). Thereafter, notice of the filing was sent by the ECF system to an e-mail address at my prior law firm (Hardin Kundla McKeon & Poletto), which firm does not represent a party in this case. I joined the Schenck Price firm from the Hardin Kundla firm in January, 2008. I attempted to correct this information through the CM/ECF system online, but was able to do so only with respect to Defendant County of Union.

    Accordingly, I was instructed by your office to file this letter asking that the Court's electronic records be revised to reflect my name and the Schenck Price Smith & King law firm with respect to representation of County of Union, Union County Jail and Union County Police Department. The firm of Hardin Kundla McKeon Poletto should be removed from the system and not receive notices regarding this case, in that the Hardin Kundla law firm does not represent a party to the case.

    Thank you for your attention to this matter and please contact me if you have any questions.

                          Respectfully submitted,
                          SCHENCK, PRICE, SMITH & KING, LLP

                          By: _____
                              James R. Greene (JG3355)

JRG:reg
*00990806*