# ALGEIER WOODRUFF

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
60 WASHINGTON STREET
MORRISTOWN, NEW JERSEY  07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430

GARY C. ALGEIER
ROBERT B. WOODRUFF
KATHRYN J. KINGREE
TAMARA M. KRIKORIAN

OF COUNSEL

LINDA GEIGER KERN
JAMES K. WEBBER

October 9, 2008
*E-FILE*

Honorable Claire C. Cecchi
U.S. Magistrate Judge
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, NJ 07101

      **Re:**    **Vernita Davis v. County of Union, et als.**
            **Civil Action No.:  06-3380 (JLL)**

Dear Judge Cecchi:

    Please be advised that Plaintiff has settled its claims against the County of Union and its individual representatives, subject to the necessary exchange of paperwork. My understanding is that Mr. Inglis will withdraw his pending motion.

    There remains one defendant, Nursefinders and its representative. Thank you.

                                    Respectfully submitted,

                            *By:*    *S/ROBERT B. WOODRUFF, (RW0245)*

RBW/c
cc:    Eric Inglis, Esq. (Via Pacer)
        John Shotter, Esq. (Via Pacer)
        Anthony Macri, Esq. (Via Pacer)