MURPHY & O'CONNOR
BY: STEPHEN E. SIEGRIST, ESQUIRE
Commerce Center, Suite 130
1810 Chapel Avenue West
Cherry Hill, New Jersey 08002-4607
(856) 663-9292
Attorneys for Defendant, Correctional Health Services, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERNITA DAVIS, individually and as Administratrix of the Estate of Donald Davis: Deceased, and as Administratrix Ad Prosequendum for the ESTATE OF DONALD DAVIS, | CIVIL ACTION NO: 06-3380 (JLL) |
| -vs- | |
| COUNTY OF UNION, UNION COUNTY JAIL, UNION COUNTY POLICE DEPT., CORRECTIONAL HEALTH SERVICES, INC., XYZ ENTITIES AND CORP. (1-10) AND JOHN DOE (1-100), CORRECTION OFFICER JOSEPH CAMPANELLA, CORRECTION OFFICER FNU KATINA CORRECTION OFFICER FNU STILOZSKI, CORRECTION OFFICER FNU HOFFMAN, CORRECTION OFFICER FNU TAYLOR, NURSEFINDERS, INC., AND DAVID ADODOADJI. | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT, CORRECTIONAL HEALTH SERVICES, INC. ONLY

The matter in difference in the above entitled action having been amicably adjusted

by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed without (attorney's fees or any) costs against either party as to defendant, Correctional Health Services, Inc. only.

**O'CONNOR KIMBALL LLP**

BY: /s/ Stephen E. Siegrist
STEPHEN E. SIEGRIST
Attorney for Defendant
Correctional Health Services, Inc.

By: /s/ Anthony Macri
ANTHONY MACRI
Attorney for Plaintiff

Dated: 10/13/2008
File #: 210-8877