# ALGEIER WOODRUFF
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
60 WASHINGTON STREET
MORRISTOWN, NEW JERSEY  07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430

GARY C. ALGEIER                                                                                            OF COUNSEL
ROBERT B. WOODRUFF
KATHRYN J. KINGREE                                                                              LINDA GEIGER KERN
TAMARA M. KRIKORIAN                                                                            JAMES K. WEBBER

           November 12, 2008
           *VIA FACSIMILE: 973-645-3841*
           *& E-FILED*

The Honorable Claire C. Cecchi, U.S.M.J.
Martin Luther King Jr. Federal Building
U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    **Vernita Davis v. County of Union, et als.**
             **Civil Action No.:  06-3380 (JLL)**

Dear Judge Cecchi:

    Please be advised that the final defendant, Nursefinders, has tendered an offer which plaintiff has accepted.  Subject to the exchange of releases, it would appear as if this matter has been resolved.

           Respectfully Submitted,

           By: */s/ROBERT B. WOODRUFF,* (RW0245)
               (robertwoodruff@atwlaw.com)
               Attorneys for Plaintiff

RBW/c

cc:    Anthony J. Macri, Esq.  (Via Pacer)
        Eric A. Inglis, Esq. (Via Pacer)
        John J. Shotter, Esq. (Via Pacer)