# ALGEIER WOODRUFF
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
60 WASHINGTON STREET
MORRISTOWN, NEW JERSEY  07960
**TELEPHONE (973) 539-2600**
**TELECOPIER (973) 984-0430**

GARY C. ALGEIER                                                                 OF COUNSEL
ROBERT B. WOODRUFF
KATHRYN J. KINGREE
TAMARA M. KRIKORIAN                                                      LINDA GEIGER KERN

January 12, 2009
*E-File*

Honorable Claire C. Cecchi
U.S. Magistrate Judge
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, NJ 07101

    **Re:  Vernita Davis v. County of Union, et als.
         Civil Action No.:  06-3380 (JLL)**

Dear Judge Cecchi:

    This firm represents plaintiff in the above matter.  On November 10, 2008, settlement was reached with the final defendant, Nursefinders for $130,000.00.  In spite of all releases being exchanged shortly thereafter, no payment has been made.

    Plaintiff seeks leave of the Court to file a Motion seeking an Order compelling the immediate payment together with interest from December 1st, 2008 (see N.J.A.C. 11:2-17.1 et seq.) as well as counsel fees.  Please advise.

    Thank you.

                                       Respectfully submitted,

                       By:  *s/ROBERT B. WOODRUFF, (RW0245)*

RBW/c

cc:  Anthony Macri, Esq.  (Pacer)
     Eric A. Inglis, Esq.  (Pacer)
     Stephen E. Siegrist, Esq.  (Pacer)
     John Shotter, Esq.  (Pacer)