Case 2:06-cv-03380-JLL-CCC   Document 46   Filed 01/12/2009   Page 1 of 1

**ALGEIER WOODRUFF**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
60 WASHINGTON STREET
MORRISTOWN, NEW JERSEY 07960
TELEPHONE (973) 539-2600
TELECOPIER (973) 984-0430

GARY C. ALGEIER
ROBERT B. WOODRUFF
KATHRYN J. KINGREE
TAMARA M. KRIKORIAN

OF COUNSEL

LINDA GEIGER KERN

January 12, 2009
*E-File*

Honorable Claire C. Cecchi
U.S. Magistrate Judge
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, NJ 07101

**ORDER ON ORAL MOTION**

Re: Vernita Davis v. County of Union, et als.
Civil Action No.: 06-3380 (JLL)

Dear Judge Cecchi:

This firm represents plaintiff in the above matter. On November 10, 2008, settlement was reached with the final defendant, Nursefinders for $130,000.00. In spite of all releases being exchanged shortly thereafter, no payment has been made.

Plaintiff seeks leave of the Court to file a Motion seeking an Order compelling the immediate payment together with interest from December 1st, 2008 (see N.J.A.C. 11:2-17.1 et seq.) as well as counsel fees. Please advise.

Thank you.

Respectfully submitted,

By: s/ROBERT B. WOODRUFF, (RW0245)

RBW/c

cc: Anthony Macri, Esq.   (Pacer)
    Eric A. Inglis, Esq.   (Pacer)
    Stephen E. Siegrist, Esq. (Pacer)
    John Shotter, Esq.   (Pacer)

*The parties are hereby ordered to meet and confer regarding the dispute set forth above and to report to the Court in writing within ten (10) days of the date of this Order.*

SO ORDERED
s/Claire C. Cecchi
Claire C. Cecchi, U.S.M.J.
Date: 1/14/09